# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**Filipe Junio Medeiros de Anjos**

     v.                                   Case No. 26-cv-21-PB-AJ

**Chris Brackett, Superintendent,**
**Strafford County Department of Corrections, et al.**

## ORDER

After the government notified the Court that Filipe Junio Medeiros de Anjos received the bond hearing he sought on February 3, 2026, I ordered Medeiros de Anjos to show cause within seven days if there is any reason why his petition should not be dismissed. Doc. 9. Medeiros de Anjos has not responded to that order to date, so his petition shall be dismissed.

The clerk shall enter judgment accordingly and close the case.

SO ORDERED.

                                       /s/  Paul Barbadoro
                                       Paul J. Barbadoro
                                       United States District Judge

February 26, 2026

cc:    Counsel of Record